## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Dawn Reilly,** | : | Case No. 25-10340 (PMM) |
| | : | |
| **Debtor.** | : | |

### ORDER TO SHOW CAUSE

AND NOW upon consideration of the fact that the certification submitted by the Debtor, doc #23, not evidencing a timely completion of credit counseling as set forth in U.S.C. §109(h)(1);

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Wednesday, March 19, 2025 at 9:30 a.m. in in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be dismissed for failure to file a valid certificate of credit counseling.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

**Date:  2/21/25**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**