UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 7

Dawn Reilly,
                                          :        Case No. 25-10340 (PMM)
                                          :
Debtor.                                   :

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** a Show Cause hearing having been held and concluded on March 19, 2025;

AND the Debtor having failed to take the necessary actions as detailed in the Show Cause Order;

It is therefore hereby **ordered** that this bankruptcy case is **dismissed**.

Date: 3/20/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**