## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DAWN REILLY | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| | : | Bankr. No. 24-12596pmm |

### MOTION FOR RECONSIDERATION

TO THE HONORABLE PATRICIA M. MAYER, U.S. BANKRUPTCY JUDGE:

Dawn Reilly, through her Attorneys, Allen B. Dubroff, Esq. & Associates, LLC, files the following Motion For Reconsideration of the Court's Order dated March 20, 2025, which dismissed his Chapter 7 case and submits the following in support thereof:

1. Debtor filed her Chapter 7 case on January 25, 2025.

2. On March 20, 2025, the Court entered an Order dismissing the Chapter 7 case. The case was dismissed for Debtor's failure to file the required Credit Counseling Certificate.

3. The Certificate of Credit Counseling was filed with the Court on February 19, 2025 and is Number 23 on the Court's Docket.

4. A copy of the Certificate of Credit Counseling is marked Exhibit "A", attached hereto and incorporated by reference.

WHEREFORE, Debtor prays that the Court enter the attached Order reinstating the pending Chapter 7 case.

Respectfully submitted,
ALLEN B. DUBROFF, ESQ. & ASSOCS., LLC

BY: _____
Allen B. Dubroff, Esq. – ID No. 4686
1500 JFK Blvd. – Suite 910
Philadelphia, PA 19102
Ph: 215-568-2700
Fax: 215-698-3777
Email: allen@dubrofflawllc.com

Date: 3/24/25

EXHIBIT "A"

To:   Page: 1 of 1   2025-02-12 13:51:19 GMT   18889056767   From: Abacus Credit Counseling

Certificate Number: 12459-PAE-CC-039332409



12459-PAE-CC-039332409

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 12, 2025</u>, at <u>5:49</u> o'clock <u>AM PST</u>, <u>Dawn Reilly</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>February 12, 2025</u>          By: <u>/s/Sandra Smith</u>

Name: <u>Sandra Smith</u>

Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

"A"