UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DAWN REILLY | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| | : | Bankr. No. 25-10340/PMM |

## P R A E C I P E

TO THE BANKRUPTCY COURT CLERK:

Kindly withdraw Docket entries 33 through 36.

Respectfully submitted,
ALLEN B. DUBROFF, ESQ. & ASSOCS., LLC

BY: _____
Allen B. Dubroff, Esq. – ID No. 4686
1500 JFK Blvd. – Suite 910
Philadelphia, PA 19102
Ph: 215-568-2700
Fax: 215-698-3777
Email: **allen@dubrofflawllc.com**

Dated: 4/3/2025